AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated With the Cellular Devices<br>assigned numbers 939-245-4470 and 939-272-6873 that<br>are stored at the premises controlled by CLARO PR | )<br>)<br>)  Case No.  25-1184 (M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ --- _____ District of _____ Puerto Rico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. This court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ January 13, 2026 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   12/30/25 @ 1:39 pm                         *Judge's signature*

City and state:   San Juan, Puerto Rico         Hon. Marshal D. Morgan, United States Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 25- 1184 (M) | Date and time warrant executed: 12/30/2025 2:21 pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Postal Inspector Armando G. Rivera |||
| Inventory of the property taken and name of any person(s) seized: Provider Claro PR: four (4) documents with historical cell site information from call numbers (939)245-4470 and (939)272-6873 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/22/2026

*Executing officer's signature*

Armando G. Rivera, U.S. Postal Inspector
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to records and information associated with the cellular telephone assigned call numbers **[939-245-4470], [939-272-6873] (SUBJECT PHONES),** that are stored at premises controlled by **Claro Puerto Rico ("Claro PR")**, a cellular service provider headquartered in San Juan, Puerto Rico.

# ATTACHMENT B

## Particular Things to be Seized

I. **Information to be Disclosed by CLARO PR**

To the extent that the information described in Attachment A is within the possession, custody, or control of CLARO PR, including any information that has been deleted but is still available to CLARO PR or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), CLARO PR is required to disclose to the government the following information pertaining to the TARGET PHONES listed in Attachment A for the time period of **November 25, 2025 to present** (through the date of this warrant):

a. The following information about the customers or subscribers of the TARGET PHONES:
   i. Names (including subscriber names, user names, and screen names);
   ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   iii. Local and long distance telephone connection records;
   iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   v. Length of service (including start date) and types of service utilized;
   vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
   vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
   viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the TARGET PHONES, including:
   i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses);
   ii. information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received;
   iii. Timing Advance/TrueCall data for the periods **November 25, 2025 to**

14

      **present**; and

    i. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address)

## II.    Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of violations of Title 18, <u>United States Code,</u> Section 2114 (robbery), Title 18, <u>United States Code,</u> Section 1201 (kidnapping), and Title 18, <u>United States Code</u> 111 (assaulting, resisting or impeding certain officers or employees), among others, from **November 25, 2025 to the present.**

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.